**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION**

| | |
|---|---|
| **BENJAMIN MICHAEL YARBROUGH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.  3:25-cv-5069-MDH** |
| ) | |
| ) | |
| **JEANNE BROCKMAN,** Records Officer ) | |
| **CHIEF DON MELTON,** Police Chief ) | |
| **OFFICER TYLER WINTERS,** ) | |
| Transporting Officer ) | |
| **OFFICER ADAM MORRIS (#427),** ) | |
| Arresting Officer ) | |
| **OFFICER WATTS,** Transporting Officer ) | |
| ) | |
| **Defendants.** ) | |

## <u>ORDER</u>

Before the Court is a Plaintiff's Motion for Reconsideration. (Doc. 41). Plaintiff asks for reconsideration of this Court's remand order entered on March 26, 2026. (Doc. 40). In that order the Court found that removal from municipal court was improper, and it lacks subject matter jurisdiction over this case.

In the present motion, Plaintiff presents a 'Chronological Timeline of Violations' and damages calculations. These facts are the same facts presented in the filings previously considered by this Court. Plaintiff does not present any new information. Therefore, Plaintiff's motion fails to cure the subject matter defect described in its remand Order. (Doc. 40).

For the reasons stated herein, Plaintiff's Motion for Reconsideration is **DENIED**.

**IT IS SO ORDERED.**

1

Date: May 13, 2026

                                                     */s/ Douglas Harpool*

                                                     **DOUGLAS HARPOOL**
                                                     **UNITED STATES DISTRICT JUDGE**